# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mary B. Pritchard,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:06-cv-526

Commissioner of Social Security Administration,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2008 Order.

**Signed: January 3, 2008**

Frank G. Johns, Clerk
United States District Court