IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARY B. PRITCHARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:06-CV-00526 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Petition for Attorney's Fees and Costs" filed on March 27, 2008 (document #23). By response filed on the 9th day of April, 2008, Defendant advises that the parties are in agreement on this matter; accordingly, he will not oppose an award of $3,674.00 in attorney's fees and $370.00 for reimbursement of costs, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. section 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Petition for Attorney's Fees and Costs" (document #23) is **GRANTED**, to the extent that counsel for Plaintiff shall be paid the sum of $3,674.00 for attorney's fees and shall be reimbursed for costs in the amount of $370.00.

2. No additional petition pursuant to 28 U.S.C. section 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: April 10, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge